Query   Reports   Utilities   Help   Log Out

CLOSED,DT_PEAD

## US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:23-cr-00119-DAK-1

2:23-cr-00453-JLS

Case title: USA v. Tremendjian

Date Filed: 03/29/2023

Date Terminated: 09/07/2023

Assigned to: Judge Dale A. Kimball

**Defendant (1)**

**Grigor Termendjian**  represented by  **Aaron B. Clark**
*TERMINATED: 09/07/2023*  ARMSTRONG TEASDALE LLP
222 S MAIN STREET STE 1830
SALT LAKE CITY, UT 84101
801-401-1603
Email: AClark@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jacob Lee**
ARMSTRONG TEASDALE LLP
222 S MAIN STREET STE 1830
SALT LAKE CITY, UT 84101
801-401-1623
Email: jrlee@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sam Meziani**
GOEBEL ANDERSON PC
405 S MAIN ST STE 200
SALT LAKE CITY, UT 84111
801-441-9393
Email: smeziani@gapclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Trinity S. Jordan**
ARMSTRONG TEASDALE LLP
222 S MAIN STREET STE 1830
SALT LAKE CITY, UT 84101
720-200-0676

Email: tjordan@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(1) | Venue Transferred to the United States District Court for the Central District of California |
| 18:1956(h) MONEY LAUNDERING - INTERSTATE COMMERCE/Conspiracy to Commit Money Laundering Offenses/Intent to Seek Criminal Forfeiture Pursuant to 18:982(a)(1)<br>(2) | Venue Transferred to the United States District Court for the Central District of California |
| 18:1957 and 2 ENGAGING IN MONETARY TRANSACTIONS/Expenditure Money Laundering/Intent to Seek Criminal Forfeiture Pursuant to 18:982(a)(1)<br>(3-6) | Venue Transferred to the United States District Court for the Central District of California |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Notice Party**

Morgan E. Wahlen   represented by   **Morgan E. Wahlen**
US PROBATION/PRETRIAL
Email: Morgan_Wahlen@utp.uscourts.gov
*PRO SE*

---

**Plaintiff**

USA   represented by   **Erika Suhr**
US DEPARTMENT OF JUSTICE -Tax
150 M ST NE STE 2.603
WASHINGTON, DC 20002

202-353-1009
Email: erika.v.suhr@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**John E. Sullivan**
US DEPARTMENT OF JUSTICE (TAX 601)
TAX DIVISION
601 D ST NW
WASHINGTON, DC 20004
(202)514-5196
Email: john.e.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Richard M. Rolwing , I**
US ATTORNEY'S OFFICE
TAX DIVISION
303 MARCONI BLVD STE 200
COLUMBUS, OH 43215
614-638-2099
Email: richard.m.rolwing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Travis K. Elder**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
801-325-3260
Email: travis.elder@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2023 | 1 | SEALED INDICTMENT as to Grigor Termendjian (1) Counts 1, 2, 3-6. Assigned to Judge Dale A. Kimball. (eat) (Entered: 03/29/2023) |
| 04/05/2023 | 4 | NOTICE OF ATTORNEY APPEARANCE Travis K. Elder appearing for USA as counsel for forfeiture related matters. (eat) (Entered: 04/05/2023) |
| 04/10/2023 | 5 | ORDER SETTING HEARING OR TRIAL as to Grigor Termendjian. Initial Appearance set for 4/14/2023 at 09:30 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Dustin B. Pead on 4/10/2023.(lam) (Entered: 04/10/2023) |
| 04/14/2023 | 6 | **SEALED DOCUMENT** PRETRIAL SERVICES REPORT as to Grigor Termendjian (mec) (Entered: 04/14/2023) |
| 04/14/2023 | 7 | ORDER Setting Conditions of Release as to Grigor Termendjian. NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention |

| | | |
|---|---|---|
| | | order, even if an order of referral to a different magistrate judge is entered on this defendant's case. Signed by Magistrate Judge Dustin B. Pead on 04/14/2023.(jl) (Entered: 04/14/2023) |
| 04/14/2023 | 9 | Receipt for Surrender of Passport and Passport Card as to Grigor Termendjian issued by USA and Republic of Armenia re: 7 Order Setting Conditions of Release. (mh) (Entered: 04/14/2023) |
| 04/14/2023 | 10 | Minute Entry for proceedings held before Judge Magistrate Judge Dustin B. Pead: Initial Appearance/Arraignment/Pretrial Conference/Detention Hearing as to Grigor Termendjian (1) Count 1,2,3-6 held on 4/14/2023. Defendant present with counsel and in custody. Government moves to unseal. Motion is granted. Charges, rights and penalties explained. Defendant waives formal reading of indictment and enters NOT GUILTY pleas to all counts. Defense makes motion for discovery. Motion is granted. Argument heard regarding complex designation of this matter. The Court makes complexity finding on the record and sets the matter for Status Conference. Time is excluded between this date and the date of the Status Conference. The Court is advised that defendant may move to transfer this matter to the jurisdiction where he resides. The Court directs the parties to file any Rule 21 motion by the time of the status hearing.<br><br>Government is seeking not seeking detention in this matter. The Court hears from the parties regarding proposed conditions of release. For the reasons stated on the record, the Court imposes conditions and orders defendants release.<br><br>Status Conference set for 6/16/2023 at 10:00 AM in US District Court-SLCU *virtual Court Via Zoom Conference* before Magistrate Judge Dustin B. Pead.<br><br>Attorney for Plaintiff: Richard Rolwing, Attorney for Defendant: Aaron Clark, Sam Mezian and Jake Lee, Retained. Interpreter: Not Needed. Probation Officer: Wyatt Stanworth. Court Reporter: Electronic. (tls) (Entered: 05/01/2023) |
| 04/14/2023 | 11 | Oral MOTION to Unseal Case by USA as to Grigor Termendjian. (tls) (Entered: 05/01/2023) |
| 04/14/2023 | 12 | DOCKET TEXT ORDER granting 11 Oral Motion to Unseal Case as to Grigor Termendjian (1).<br><br>Signed by Magistrate Judge Dustin B. Pead on 04/14/2023. No attached document. (tls) (Entered: 05/01/2023) |
| 04/14/2023 | 13 | INDICTMENT UNSEALED as to Grigor Termendjian (tls) (Entered: 05/01/2023) |
| 04/14/2023 | 14 | NOTICE OF Unsealing Criminal Case as to Grigor Termendjian (tls) (Entered: 05/01/2023) |
| 04/25/2023 | 15 | ENTRY ERROR - Minutes entered in incorrect case. ~~Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Pretrial Release Violation Hearing as to Grigor Termendjian held on 4/25/2023. Defendant present with counsel. All parties appearing via Zoom. Defendant waives his right to in person hearing. Court advised the defendant of the allegations as stated in the petition and of procedure. Defendant admits to the allegations. The Court orders that GPS monitor be reinstalled with Stand Alone monitoring. Pretrial shall notify the Court of defendants progress after 60 days. At that time the court will consider removal of GPS.~~<br><br>~~Attorney for Plaintiff: Carl LeSueur and Tad May, Attorney for Defendant: Nathan Crane, CJA. Interpreter: Not Needed. Probation Officer: Morgan Wahlen. Court Reporter:~~ |

| | | |
|---|---|---|
| | | Electronic/ZOOM. (tls) Modified by adding entry error text and striking minute entry on 5/1/2023 (tls). (Entered: 05/01/2023) |
| 05/01/2023 | 16 | MODIFICATION OF DOCKET as to Grigor Termendjian - Error: Minutes entered in wrong case. Correction: Struck text and reented in correct case, re 15 Pretrial Release Violation Hearing. (tls) (Entered: 05/01/2023) |
| 05/08/2023 | 17 | Consent MOTION for Protective Order by USA as to Grigor Termendjian. (Attachments: # 1 Text of Proposed Order)(Suhr, Erika) (Entered: 05/08/2023) |
| 05/08/2023 | 18 | Consent MOTION for Protective Order by USA as to Grigor Termendjian. (Attachments: # 1 Text of Proposed Order)(Suhr, Erika) (Entered: 05/08/2023) |
| 05/15/2023 | 19 | MOTIONS Referred to Magistrate Judge Dustin B. Pead as to Grigor Termendjian: 17 Consent MOTION for Protective Order, and 18 Consent MOTION for Protective Order . (eat) (Entered: 05/15/2023) |
| 05/18/2023 | 20 | NOTICE OF ATTORNEY APPEARANCE: Trinity S. Jordan appearing for Grigor Termendjian (Jordan, Trinity) (Entered: 05/18/2023) |
| 05/18/2023 | 21 | NOTICE OF ATTORNEY APPEARANCE: Aaron B. Clark appearing for Grigor Termendjian (Clark, Aaron) (Entered: 05/18/2023) |
| 05/18/2023 | 22 | NOTICE OF ATTORNEY APPEARANCE: Jacob Lee appearing for Grigor Termendjian (Lee, Jacob) (Entered: 05/18/2023) |
| 06/09/2023 | 23 | ORDER granting 17 Motion for Protective Order as to Grigor Termendjian (1). Signed by Magistrate Judge Dustin B. Pead on 6/9/2023. (eat) (Entered: 06/09/2023) |
| 06/09/2023 | 24 | ORDER granting 18 Motion for Protective Order as to Grigor Termendjian (1). Signed by Magistrate Judge Dustin B. Pead on 6/9/2023. (eat) (Entered: 06/09/2023) |
| 06/12/2023 | 25 | NOTICE OF ATTORNEY APPEARANCE: Sam Meziani appearing for Grigor Termendjian (Meziani, Sam) (Entered: 06/12/2023) |
| 06/13/2023 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Morgan Wahlen should be added to this case as to Grigor Termendjian (mew) (Entered: 06/13/2023) |
| 06/15/2023 | 26 | Defendant's MOTION to Dismiss *Counts 3-6 of Indictment for Improper Venue* filed by Grigor Termendjian. (Clark, Aaron) (Entered: 06/15/2023) |
| 06/15/2023 | 27 | Defendant's MOTION to Change Venue *and Memorandum in Support Thereof* filed by Grigor Termendjian. (Clark, Aaron) (Entered: 06/15/2023) |
| 06/16/2023 | 28 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Status Conference as to Grigor Termendjian held on 6/16/2023. All parties appeared via ZOOM. Defendant not present and not required.The court hears from counsel regarding discovery. The govt. will provide rolling discovery. The govt. seeks an extension to respond to defendants motions. The defendant does not oppose. The court will allow the govt to respond to motions by July 28, 2023. The defendant will have until August 25, 2023 to reply to opposition. The court sets a further Status Conference. The court excludes all time from now until September 15, 2023 for reasons stated on the record for purposes of speedy trial. Govt. to submit written order. ( Status Conference set for 9/15/2023 at 11:00 AM in US District Court-SLCU *virtual Court Via Zoom Conference* before Magistrate Judge Dustin B. Pead.) Attorney for Plaintiff: John Sullivan, Richard Rowling and Erika Suhr, Attorney for Defendant: Trinity Jordan, Sam Meziani, and Aaron Clark. Interpreter: Not Needed. Probation Officer: Not Needed. Court Reporter: ZOOM. (ksm) (Entered: 06/16/2023) |

| | | |
|---|---|---|
| 06/16/2023 | 29 | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT as to Grigor Termendjian. The ends of justice are best served by scheduling a status conference for September 15, 2023 and tolling the speedy trial clock between April 14, 2023 and September 15, 2023. Such a tolling outweighs the interests of the public and the defendants to a speedy trial. Failure to grant this continuance would result in a miscarriage of justice and prevent a fair trial. Accordingly, the time between April 14, 2023, and September 15, 2023 is excluded from speedy trial computation for good cause. Signed by Magistrate Judge Dustin B. Pead on 6/16/2023. (eat) (Entered: 06/16/2023) |
| 07/28/2023 | 30 | RESPONSE to Motion by USA as to Grigor Termendjian re 26 Defendant's MOTION to Dismiss *Counts 3-6 of Indictment for Improper Venue* (Suhr, Erika) (Entered: 07/28/2023) |
| 07/28/2023 | 31 | RESPONSE to Motion by USA as to Grigor Termendjian re 27 Defendant's MOTION to Change Venue *and Memorandum in Support Thereof* (Suhr, Erika) (Entered: 07/28/2023) |
| 08/15/2023 | 32 | MOTION to Travel *Defendant's Motion for Leave to Travel Outside of California* filed by Grigor Termendjian. (Clark, Aaron) (Entered: 08/15/2023) |
| 08/15/2023 | 33 | WITHDRAWAL of Motion by Grigor Termendjian re 32 MOTION to Travel *Defendant's Motion for Leave to Travel Outside of California* filed by Grigor Termendjian (Clark, Aaron) (Entered: 08/15/2023) |
| 08/16/2023 | 34 | **NOTICE OF ZOOM HEARING ON MOTIONS** in case as to Grigor Termendjian re 27 Defendant's MOTION to Change Venue and 26 Defendant's MOTION to Dismiss Counts 3-6 of Indictment for Improper Venue (Notice generated by Judge Kimball's Chambers): Motion Hearing is set for 8/30/2023 at 02:00 PM before Judge Dale A. Kimball. The hearing will be conducted via Zoom. The parties should not appear in person at the courthouse. The Zoom participation information is as follows:<br><br>Join ZoomGov Meeting:<br><br>https://www.zoomgov.com/j/16133447407?pwd=RWtlVFM2c2tmWXZKYUp5NVhTbkZ5UT09<br><br>Meeting ID: 161 3344 7407<br>Password: 584299<br>One tap mobile<br>+16692545252,,16133447407#,,,,*584299# US (San Jose)<br>+16692161590,,16133447407#,,,,*584299# US (San Jose)<br><br>Dial by your location<br>+1 669 254 5252 US (San Jose)<br>+1 646 828 7666 US (New York)<br>Meeting ID: 161 3344 7407<br>Password: 584299<br><br>Find your local number: https://www.zoomgov.com/u/acx9bO8sSS (eat) (Entered: 08/16/2023) |
| 08/25/2023 | 35 | REPLY TO RESPONSE to Motion by Grigor Termendjian re 27 Defendant's MOTION to Change Venue *and Memorandum in Support Thereof* (Jordan, Trinity) (Entered: 08/25/2023) |
| 08/25/2023 | 36 | REPLY TO RESPONSE to Motion by Grigor Termendjian re 26 Defendant's MOTION to Dismiss *Counts 3-6 of Indictment for Improper Venue* (Clark, Aaron) (Entered: 08/25/2023) |

| | | |
|---|---|---|
| 08/30/2023 | 37 | Minute Entry for proceedings held before Judge Dale A. Kimball: Motion Hearing as to Grigor Termendjian held on 8/30/2023 re 26 Defendant's MOTION to Dismiss Counts 3-6 of Indictment for Improper Venue, and 27 Defendant's MOTION to Change Venue. All parties appear by Zoom. Defendant, who is not in custody, is present with his counsel. After hearing statements and arguments from counsel, the court takes the motions under advisement and will issue a ruling in due course.<br><br>Attorneys for Plaintiff: Erika Suhr and John E. Sullivan, USA. Attorneys for Defendant: Aaron B. Clark, Sam Meziani, and Trinity S. Jordan, Retained. Interpreter: Not Needed. Probation Officer: Morgan E. Wahlen. Court Reporter: Kelly Hicken. (eat) (Entered: 08/30/2023) |
| 08/30/2023 | 38 | Supplemental Briefing Regarding Motion to Transfer BRIEF re 27 Defendant's MOTION to Change Venue *and Memorandum in Support Thereof* filed by Grigor Termendjian (Clark, Aaron) (Entered: 08/30/2023) |
| 09/07/2023 | 39 | MEMORANDUM DECISION AND ORDER GRANTING Defendant's 27 MOTION to Change Venue to the United States District Court for the Central District of California. Defendant's 26 MOTION to Dismiss Counts 3-6 is MOOT. Signed by Judge Dale A. Kimball on 9/7/2023. (eat) (Entered: 09/07/2023) |
| 09/07/2023 | 40 | Notice to the USDC for the Central District of California of a Transfer of Jurisdiction/Venue as to Grigor Termendjian. Docket sheet and documents attached. If you require certified copies of any documents, please send a request to utdecf_clerk@utd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # 1 Appendix containing docket sheet and indictment) (eat) (Entered: 09/07/2023) |
| 09/07/2023 | 41 | TERMINATION OF COUNTS as to Grigor Termendjian. Venue transferred to the United States District Court for the Central District of California pursuant to the 39 Memorandum Decision and Order entered on 9/7/2023. (eat) (Entered: 09/07/2023) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/11/2023 13:30:49 | | |
| **PACER Login:** | Mandycar | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cr-00119-DAK |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |