# EXHIBIT B

# 9153 Stellar Court LLC

*Projections*

| Number | Check Date | Description of Transaction | C | Amount of Bill | 75% | 25% | Credit (+) | Balance |
|---|---|---|---|---|---|---|---|---|
| | 02/02/26 | Couts Heating - May Payment | X | | $100,684.16 | $33,561.39 | $134,245.54 | 134,245.54 |
| | 02/03/26 | Incoming Wire Fee | X | $20.00 | -$15.00 | -$5.00 | | 134,225.54 |
| 1043 | 02/10/26 | Water District - Final Bill | X | $1,085.76 | -$814.32 | -$271.44 | | 133,139.78 |
| ACH | 02/10/26 | Edison - Final Bill | X | $1,022.68 | -$767.01 | -$255.67 | | 132,117.10 |
| ACH | 02/10/26 | Property Taxes | X | $29,221.03 | -$21,915.77 | -$7,305.26 | | 102,896.07 |
| 1045 | 02/12/26 | Daum | X | $86,383.67 | -$64,787.75 | -$21,595.92 | | 16,512.40 |
| 1046 | 02/25/26 | LGA | X | $5,550.00 | -$4,162.50 | -$1,387.50 | | 10,962.40 |
| 1047 | 03/06/26 | Maria Sanchez - Cleaning Service | X | $450.00 | -$337.50 | -$112.50 | | 10,512.40 |
| 1048 | 03/11/26 | LGA Invoice #3102026 | X | $3,675.00 | -$2,756.25 | -$918.75 | | 6,837.40 |
| | | Balance due to LGA from $5875 | | $2,200.00 | -$1,650.00 | -$550.00 | | 4,637.40 |
| | | Fast Electric Invoice #2455 | | $1,200.00 | -$900.00 | -$300.00 | | 3,437.40 |
| | | LGA Estimate for Roll Up Door Repair | | $4,500.00 | -$3,375.00 | -$1,125.00 | | (1,062.60) |
| | | Fast Electric Estimate | | $4,000.00 | -$3,000.00 | -$1,000.00 | | (5,062.60) |
| | 06/01/26 | Couts Heating - June Payment | | | $0.00 | $0.00 | $0.00 | (5,062.60) |
| | 07/01/26 | Couts Heating - July Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 33,753.40 |
| | | 50% of A/C Repairs | | $9,450.00 | -$7,087.50 | -$2,362.50 | | 24,303.40 |
| | | Daum | | $26,725.35 | -$20,044.01 | -$6,681.34 | | (2,421.95) |
| | 08/01/26 | Couts Heating - August Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 36,394.05 |
| | | 50% of A/C Repairs | | $9,450.00 | -$7,087.50 | -$2,362.50 | | 26,944.05 |
| | | Daum | | $25,185.10 | -$18,888.83 | -$6,296.28 | | 1,758.95 |
| | 09/01/26 | Couts Heating - Sept Payment | | | $0.00 | $0.00 | $0.00 | 1,758.95 |
| | 10/01/26 | Couts Heating - Oct Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 40,574.95 |
| | 10/31/26 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 36,574.95 |
| | 11/01/26 | Couts Heating - Nov Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 75,390.95 |
| | 12/01/26 | Couts Heating - Dec Payment | | | $0.00 | $0.00 | $0.00 | 75,390.95 |
| | 12/10/26 | Property Taxes | | $31,000.00 | -$23,250.00 | -$7,750.00 | | 44,390.95 |
| | 12/21/26 | California Fair Plan | | $20,000.00 | -$15,000.00 | -$5,000.00 | | 24,390.95 |
| | 01/01/27 | Couts Heating - Jan Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 63,206.95 |
| | 01/01/27 | Association Fees | | $700.00 | -$525.00 | -$175.00 | | 62,506.95 |
| | 02/01/27 | Couts Heating - Feb Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 101,322.95 |
| | 03/01/27 | Couts Heating - Mar Payment | | | $0.00 | $0.00 | $0.00 | 101,322.95 |
| | 04/01/27 | Couts Heating - April Payment | | | $29,112.00 | $9,704.00 | $38,816.00 | 140,138.95 |
| | 04/10/27 | Property Taxes | | $31,000.00 | -$23,250.00 | -$7,750.00 | | 109,138.95 |
| | 05/01/27 | Couts Heating - May Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 149,313.51 |
| | 06/01/27 | Couts Heating - June Payment | | | $0.00 | $0.00 | $0.00 | 149,313.51 |
| | 07/01/27 | Couts Heating - July Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 189,488.07 |
| | 08/01/27 | Couts Heating - August Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 229,662.63 |
| | 09/01/27 | Couts Heating - Sept Payment | | | $0.00 | $0.00 | $0.00 | 229,662.63 |
| | 10/01/27 | Couts Heating - Oct Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 269,837.19 |
| | 10/31/27 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 265,837.19 |
| | 11/01/27 | Couts Heating - Nov Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 306,011.75 |
| | 12/01/27 | Couts Heating - Dec Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 346,186.31 |
| | 12/10/27 | Property Taxes | | $32,000.00 | -$24,000.00 | -$8,000.00 | | 314,186.31 |
| | 12/21/27 | California Fair Plan | | $20,000.00 | -$15,000.00 | -$5,000.00 | | 294,186.31 |
| | 01/01/28 | Couts Heating - Jan Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 334,360.87 |
| | 01/01/28 | Association Fees | C | $700.00 | -$525.00 | -$175.00 | | 333,660.87 |

# 9153 Stellar Court LLC

*Projections*

| Number | Check Date | Description of Transaction | C | Amount of Bill | 75% | 25% | Credit (+) | Balance |
|---|---|---|---|---|---|---|---|---|
| | 02/01/28 | Couts Heating - Feb Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 373,835.43 |
| | 03/01/28 | Couts Heating - March Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 414,009.99 |
| | 04/01/28 | Couts Heating - April Payment | | | $30,130.92 | $10,043.64 | $40,174.56 | 454,184.55 |
| | 04/10/28 | Property Taxes | | $32,000.00 | -$24,000.00 | -$8,000.00 | | 422,184.55 |
| | 05/01/28 | Couts Heating - May Payment | | | $31,185.50 | $10,395.17 | $41,580.67 | 463,765.22 |
| | 06/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 505,345.89 |
| | 07/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 546,926.56 |
| | 08/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 588,507.23 |
| | 09/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 630,087.90 |
| | 10/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 671,668.57 |
| | 10/31/28 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 667,668.57 |
| | 11/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 709,249.24 |
| | 12/01/28 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 750,829.91 |
| | 12/10/28 | Property Taxes | | $33,000.00 | -$24,750.00 | -$8,250.00 | | 717,829.91 |
| | 12/21/28 | California Fair Plan | | $20,000.00 | -$15,000.00 | -$5,000.00 | | 697,829.91 |
| | 01/01/29 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 739,410.58 |
| | 01/01/29 | Association Fees | | $700.00 | -$525.00 | -$175.00 | | 738,710.58 |
| | 02/01/29 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 780,291.25 |
| | 03/01/29 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 821,871.92 |
| | 04/01/29 | | | | $31,185.50 | $10,395.17 | $41,580.67 | 863,452.59 |
| | 04/10/29 | Property Taxes | | $33,000.00 | -$24,750.00 | -$8,250.00 | | 830,452.59 |
| | 05/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 873,488.58 |
| | 06/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 916,524.57 |
| | 07/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 959,560.56 |
| | 08/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,002,596.55 |
| | 09/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,045,632.54 |
| | 10/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,088,668.53 |
| | 10/31/29 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 1,084,668.53 |
| | 11/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,127,704.52 |
| | 12/01/29 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,170,740.51 |
| | 12/10/29 | Property Taxes | | $34,000.00 | -$25,500.00 | -$8,500.00 | | 1,136,740.51 |
| | 12/21/29 | California Fair Plan | | $20,000.00 | -$15,000.00 | -$5,000.00 | | 1,116,740.51 |
| | 01/01/30 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,159,776.50 |
| | 01/01/30 | Association Fees | | $700.00 | -$525.00 | -$175.00 | | 1,159,076.50 |
| | 02/01/30 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,202,112.49 |
| | 03/01/30 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,245,148.48 |
| | 04/01/30 | | | | $32,276.99 | $10,759.00 | $43,035.99 | 1,288,184.47 |
| | 04/10/30 | Property Taxes | | $34,000.00 | -$25,500.00 | -$8,500.00 | | 1,254,184.47 |
| | 05/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,298,726.72 |
| | 06/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,343,268.97 |
| | 07/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,387,811.22 |
| | 08/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,432,353.47 |
| | 09/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,476,895.72 |
| | 10/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,521,437.97 |
| | 10/31/30 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 1,517,437.97 |
| | 11/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,561,980.22 |

# 9153 Stellar Court LLC

*Projections*

| Number | Check Date | Description of Transaction | C | Amount of Bill | 75% | 25% | Credit (+) | Balance |
|---|---|---|---|---|---|---|---|---|
| | 12/01/30 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,606,522.47 |
| | 12/10/30 | Property Taxes | | $35,000.00 | -$26,250.00 | -$8,750.00 | | 1,571,522.47 |
| | 12/21/30 | California Fair Plan | | $20,000.00 | -$15,000.00 | -$5,000.00 | | 1,551,522.47 |
| | 01/01/31 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,596,064.72 |
| | 01/01/31 | Association Fees | | $700.00 | -$525.00 | -$175.00 | | 1,595,364.72 |
| | 02/01/31 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,639,906.97 |
| | 03/01/31 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,684,449.22 |
| | 04/01/31 | | | | $33,406.69 | $11,135.56 | $44,542.25 | 1,728,991.47 |
| | 04/10/31 | Property Taxes | | $35,000.00 | -$26,250.00 | -$8,750.00 | | 1,693,991.47 |
| | 05/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 1,740,092.70 |
| | 06/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 1,786,193.93 |
| | 07/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 1,832,295.16 |
| | 08/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 1,878,396.39 |
| | 09/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 1,924,497.62 |
| | 10/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 1,970,598.85 |
| | 10/31/31 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 1,966,598.85 |
| | 11/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 2,012,700.08 |
| | 12/01/31 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 2,058,801.31 |
| | 12/10/31 | Property Taxes | | $36,000.00 | -$27,000.00 | -$9,000.00 | | 2,022,801.31 |
| | 12/21/31 | California Fair Plan | | $20,000.00 | -$15,000.00 | -$5,000.00 | | 2,002,801.31 |
| | 01/01/32 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 2,048,902.54 |
| | 01/01/32 | Association Fees | | $700.00 | -$525.00 | -$175.00 | | 2,048,202.54 |
| | 02/01/32 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 2,094,303.77 |
| | 03/01/32 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 2,140,405.00 |
| | 04/01/32 | | | | $34,575.92 | $11,525.31 | $46,101.23 | 2,186,506.23 |
| | 04/10/32 | Property Taxes | | $36,000.00 | -$27,000.00 | -$9,000.00 | | 2,150,506.23 |
| | 05/01/32 | | | | $35,786.08 | $11,928.69 | $47,714.77 | 2,198,221.00 |
| | 06/01/32 | | | | $35,786.08 | $11,928.69 | $47,714.77 | 2,245,935.77 |
| | 07/01/32 | | | | $35,786.08 | $11,928.69 | $47,714.77 | 2,293,650.54 |
| | 08/01/32 | | | | $35,786.08 | $11,928.69 | $47,714.77 | 2,341,365.31 |
| | 09/01/32 | | | | $0.00 | $0.00 | $0.00 | 2,341,365.31 |
| | 10/01/32 | | | | $0.00 | $0.00 | $0.00 | 2,341,365.31 |
| | 10/31/32 | Lessor Insurance | | $4,000.00 | -$3,000.00 | -$1,000.00 | | 2,337,365.31 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | $764,318.59 | $1,753,023.98 | $584,341.33 | $3,101,683.90 | 2,337,365.31 |