**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GRIGOR TERMENDJIAN,<br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br>**[PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL DATES**<br>Assigned to Hon. Josephine L. Staton |

The Court has read and considered the parties' Stipulation to Continue Trial and Pretrial Dates. The Court hereby finds that the Stipulation demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the case is so unusual or so complex due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is set for February 16, 2027 at 9:00 a.m. The pretrial conference currently set for September 29, 2026 is vacated and reset to February 2, 2027.

2. The time period of October 13, 2026 to February 16, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

3. Defendant shall appear in Courtroom 8A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 16, 2027.

//

//

4. The Pretrial Schedule previously ordered is hereby amended as follows:

| EVENT/FILING | DAYS BEFORE TRIAL | DEADLINE |
|---|---|---|
| *BRADY/GIGLIO* DEADLINE[1] | 1 week before filing deadline for pretrial motions (adjusted for Veteran's day) | Tuesday, November 10, 2026 |
| **FILING: PRETRIAL MOTIONS (OTHER THAN MILs AND *DAUBERT* MOTIONS)** | | |
| FILING DEADLINE | 4 weeks before hearing date (adjusted for Thanksgiving) | Wednesday, November 18, 2026 |
| OPP DEADLINE | 3 weeks before hearing date (adjusted for Thanksgiving) | Wednesday, November 25 2026 |
| REPLY DEADLINE | 2 weeks before hearing date (adjusted for Thanksgiving) | Thursday, December 3, 2026 |
| GOV EXPERT DISCLOSURES (IF ANY) | 29 days before Defendant's disclosure | Monday, November 30, 2026 |
| 404(B) EVIDENCE DISCLOSURE DEADLINE | 57 days before trial | Monday, December 21, 2026 |
| **HEARING**: PRETRIAL MOTIONS (OTHER THAN MILs AND *DAUBERT* MOTIONS) | 8 weeks + 5 days before trial | Thursday, December 17, 2026 at 10:30 a.m. |
| DEF EXPERT DISCLOSURES | 5 weeks before hearing on MILs and Daubert Motions | Tuesday, December 29, 2026 |
| **FILING: MILs AND DAUBERT MOTIONS** | | |
| FILING DEADLINE | 4 weeks before hearing date | Tuesday, January 5, 2027 |

[1] This is the deadline by which the Government must produce all *Brady* and/or *Giglio* material other than that which it is permitted to disclose later in time by Court order or applicable law. The Court's adjustment of this deadline to one week before the filing deadline for pretrial motions is to allow defense counsel to address any issues that arise from this production on the same schedule as any other pretrial motions.

| | | |
|---|---|---|
| OPP DEADLINE | 3 weeks before hearing date | Tuesday, January 12, 2027 |
| REPLY DEADLINE | 2 weeks before hearing date | Tuesday, January 19, 2027 |
| GOV EXHIBIT LIST | 39 days before trial | Friday, January 8, 2027 |
| GOV WITNESS LIST[2] | 5 weeks before trial | Tuesday, January 12, 2027 |
| GOV CHARTS AND SUMMARIES[3] | 5 weeks before trial | Tuesday, January 12, 2027 |
| AEO DISCLOSURE AND JENCKS DEADLINE | 4 weeks before trial | Tuesday, January 19, 2027 |
| GOV MARKED EXHIBITS AND REVISED EXHIBIT LIST | 4 weeks before trial | Tuesday, January 19, 2027 |
| PRETRIAL EXHIBIT STIPULATION | 3 weeks + 1 day before trial | Monday, January 25, 2027 |
| SUMMARY OF INDICTMENT | 2 weeks before trial | Tuesday, February 2, 2027 |
| **HEARING**: MILs AND *DAUBERT* MOTIONS / FINAL PRETRIAL CONFERENCE | 2 weeks before trial | Tuesday, February 2, 2027 at 10:30 a.m. |
| JOINT JURY VERDICT FORM | 1 week before trial | Tuesday, February 9, 2027 |
| JOINT JURY INSTRUCTIONS | 1 week before trial | Tuesday, February 9, 2027 |
| PROPOSED VOIR DIRE | 1 week before trial | Tuesday, February 9, 2027 |
| GOV EXHIBIT BINDERS [4] | 4 days before trial | Friday, February 12, 2027 |
| **TRIAL DATE** | | **Tuesday, February 16, 2027** |

[2] The witness list need not set forth the names of the AEO witnesses, but the total number of witness the Government expects to call must be disclosed.

[3] The government may, in good faith, provide finalized summaries/charts closer in time to trial based on the presentation of evidence at trial. The parties may not to seek to admit the draft charts and summaries into evidence.

[4] Four copies of witness binders (one for the bench, one for the witness stand, one for the prosecution, and one for the defense) are required for each witness called to testify. These must be ready for distribution no later than just before each witness is called to the stand.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated:

__________________________________
Hon. Josephine L. Staton