# NOTE: CHANGES MADE BY THE COURT

> The Court is of the opinion that motions should be resolved sufficiently in advance of trial; the Court's revisions to the parties' proposed deadlines allow for that.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00453-JLS |
| Plaintiff, | **ORDER CONTINUING TRIAL AND PRETRIAL DATES** |
| vs. | |
| | **SCHEDULING ORDER** |
| GRIGOR TERMENDJIAN, | |
| Defendant. | Assigned to Hon. Josephine L. Staton |

The Court has read and considered the parties' Stipulation to Continue Trial and Pretrial Dates. The Court hereby finds that the Stipulation demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the case is so unusual or so complex due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    Amending the previously entered scheduling order in this case (Doc. 186), the trial in this matter is CONTINUED TO February 16, 2027 at 9:00 a.m. The pretrial conference currently set for September 29, 2026 is VACATED and reset to February 4, 2027 at 8:30 a.m.  An Exhibit Conference is set for February 5, 2027, at 3:00 p.m.

2.    The time period of October 13, 2026 to February 16, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

3.    Defendant shall appear for trial in Courtroom 8A of the Mendez United States Courthouse, 350 W. 1st Street, Los Angeles, California on February 16, 2027

4.    The Pretrial Schedule previously ordered is hereby amended as follows:

| EVENT/FILING | COMMENT | DEADLINE |
|---|---|---|
| GOV EXPERT DISCLOSURE | | Wednesday, September 23, 2026 |
| RULE 404(b) DISCLOSURE | | Friday, October 9, 2026 |
| DEF EXPERT DISCLOSURE | | Thursday, October 22, 2026 |
| *BRADY/GIGLIO* DEADLINE[1] | | Thursday, October 22, 2026 |
| **FILING: ALL PRETRIAL MOTIONS (INCLUDING MILs AND *DAUBERT* MOTIONS)** | | |
| FILING DEADLINE | | Thursday, October 29, 2026 |
| OPP DEADLINE | | Thursday, November 12, 2026 |
| REPLY DEADLINE | | Wednesday, November 25, 2026 |
| **HEARING ON MOTIONS** | | Thursday, December 17, 2026, 1:30 p.m. |
| GOV EXHIBIT LIST | 39 days before trial | Friday, January 8, 2027 |
| GOV WITNESS LIST[2] | 5 weeks before trial | Tuesday, January 12, 2027 |
| GOV CHARTS AND SUMMARIES[3] | 5 weeks before trial | Tuesday, January 12, 2027 |
| AEO DISCLOSURE AND JENCKS DEADLINE | 4 weeks before trial | Tuesday, January 19, 2027 |
| GOV MARKED EXHIBITS AND REVISED EXHIBIT LIST | 4 weeks before trial | Tuesday, January 19, 2027 |
| PRETRIAL EXHIBIT STIPULATION | 3 weeks + 1 day before trial | Monday, January 25, 2027 |
| SUMMARY OF INDICTMENT | 1 week before pretrial conference | Thursday, January 28, 2027 |
| JURY INSTRUCTIONS AND VERDICT FORM(S) | 1 week before pretrial conference | Thursday, January 28, 2027 |
| PROPOSED VOIR DIRE | 1 week before pretrial conference | Thursday, January 28, 2027 |
| **PRETRIAL CONFERENCE** | **5 days before trial** | **Thursday, February 4, 2027, 8:30 a.m.** |
| **EXHIBIT CONFERENCE** | **4 days before trial** | **Friday, February 5, 2027, 3:00 p.m.** |

[1] This is the deadline by which the Government must produce all *Brady* and/or *Giglio* material other than that which it is permitted to disclose later in time by Court order or applicable law. The Court's adjustment of this deadline to one week before the filing deadline for pretrial motions is to allow defense counsel to address any issues that arise from this production on the same schedule as any other pretrial motions.

[2] The witness list need not set forth the names of the AEO witnesses, but the total number of witness the Government expects to call must be disclosed.

[3] The government may, in good faith, provide finalized summaries/charts closer in time to trial based on the presentation of evidence at trial. The parties may not to seek to admit the draft charts and summaries into evidence.

| GOV EXHIBIT BINDERS[4] | 4 days before trial (bring to Exhibit Conference) | |
| --- | --- | --- |
| TRIAL DATE | | Tuesday, February 16, 2027 (counsel to arrive by 8:30 a.m.) |

5.      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED.**

Dated:  July 15, 2026

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE

---

[4]  In addition to complete sets of Exhibit binders, at trial, four copies of a binder (one for the bench, one for the witness stand, one for the prosecution, and one for the defense) are required for each witness called to testify. Witness binders must be ready for distribution no later than just before each witness is called to the stand.  (See Order re Criminal Proceedings, Doc. 46 (updated version (dated May 29, 2026) available at https://apps.cacd.uscourts.gov/Jps/honorable-josephine-l-staton).)

3