Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Michael C. Landman - State Bar No. 343327
mlandman@birdmarella.com
Devon E. Porter - State Bar No. 308365
dporter@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br><br>**DEFENDANT GRIGOR TERMENDJIAN'S APPLICATION TO MODIFY CONDITIONS OF BOND TO ALLOW LIMITED TRAVEL IN OCTOBER 2026**<br><br>Filed Concurrently with [Proposed] Order<br><br>Assigned to Hon. Josephine L. Staton |

Defendant Grigor Termendjian, by and through his counsel of record, applies to this Court for a limited modification of the conditions of Mr. Termendjian's bond to permit him to travel to Armenia from October 6 to 21, 2026, to attend his godson's wedding. As reflected in the email correspondence attached to this Application as Exhibit A, Pretrial Services – which has been continuously supervising Mr. Termendjian since he self-surrendered in 2023 – does not oppose this Application subject to certain conditions which are incorporated into the proposed order being submitted to the Court. The prosecutors assigned indicate they "cannot agree" to this Application, without further comment.

Mr. Termendjian has been released on his own recognizance subject to certain terms and conditions since he self-surrendered to the Utah District Court in April 2023. *See* Utah Dkt. (CR 23-119-DAK) No. 7 at p. 2 (Order Setting Conditions of Release). Among those conditions are restrictions on Mr. Termendjian's travel, including travel abroad. This Court previously modified Mr. Termendjian's release terms to remove GPS monitoring and replace it with location monitoring technology as directed by Pretrial Services. Dkt. No. 15 at p. 1.

This case has been pending for three-and-a-half years.[1] It is counsel's understanding that Mr. Termendjian has fully complied with all terms and conditions of his pretrial release. Pretrial Service's assent to this Application would confirm the same. Mr. Termendjian has not previously sought permission to travel internationally but unique circumstances have now arisen.

Specifically, counsel is advised that Mr. Termendjian's godson is getting married in Yerevan, Armenia, on October 9 and has asked Mr. Termendjian to serve as his best man. Counsel is advised that in Armenian culture and tradition, the role

[1] Mr. Termendjian's trial is set for February 2027. The case has been delayed largely due to delays in the government's ability to obtain certain discovery from abroad, but all counsel expect it to go forward as currently scheduled.

of a godfather is extremely significant, particularly when it comes to marriage. It is customary and deeply meaningful for a godfather to stand beside his godchild as the best man at the wedding, representing an important spiritual and family bond and carrying responsibilities that extend beyond the wedding ceremony itself. Being asked to fulfill this role is considered a great honor and an important responsibility within the Armenian community. Mr. Termendjian's godson is also the nephew of one of his close friends, which would make his presence and participation in the wedding especially meaningful to both families.

Mr. Termendjian proposes to travel to Yerevan, Armenia, departing LAX on October 6, 2026. His wife will accompany him. They will stay at his mother's condominium. So that Mr. Termendjian has time to see family while in Armenia, he proposes to return on October 21, 2026.

Mr. Termendjian has provided the wedding invitation and plan to Pretrial Services. Pretrial Services has indicated that it has no objection to the proposed travel, so long as Mr. Termendjian provides the exact itinerary (showing the booked flights) and exact addresses where he will be staying throughout his visit in advance, and so long as he calls his Location Monitoring Officer immediately upon his arrival to report his arrival, and reports to his Location Monitoring Officer within 24 hours of his return from his trip. Ex. A. Mr. Termendjian is amenable to any additional reasonable conditions the Court may find appropriate for the duration of his travel and upon his return.

The government's position that it "cannot agree" to this Application is provided without explanation, and respectfully, without basis. Mr. Termendjian has significant ties to the Los Angeles community, including extensive family and business operations. The fact that he does not pose a risk of non-appearance is reflected in the fact that *he was allowed to (and did) self-surrender – and in fact flew from Los Angeles to Utah, with his passport in hand, to do so* – and that he has

been released without any sort of bond for the entire pendency of this case.[2] Pretrial Service's position on this request speaks volumes about Mr. Termendjian's compliance with the terms and conditions of his release over the last three-and-a-half years.

Mr. Termendjian respectfully requests that the Court grant this request and allow him this opportunity to participate in a unique and important life event.

DATED: September 9, 2026

Ariel A. Neuman
William E. Johnston
Alexander H. Tran
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant Grigor Termendjian

---

[2] It is counsel's understanding that the government never even requested that a bond be imposed.