# EXHIBIT A

**From:** Rolwing, Richard M (FRD)
**To:** Ariel A. Neuman; Jones, Megan (FRD)
**Cc:** William E. Johnston; Alexander H. Tran
**Subject:** Re: Grigor Termendjian Travel Request
**Date:** Wednesday, September 9, 2026 11:57:52 AM
**Attachments:** image001.png

We cannot agree.

---

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Wednesday, 09 September 2026 09:44:13
**To:** Rolwing, Richard M (FRD) <Richard.M.Rolwing@usdoj.gov>; Jones, Megan (FRD) <Megan.Jones@usdoj.gov>
**Cc:** William E. Johnston <WJohnston@birdmarella.com>; Alexander H. Tran <ATran@birdmarella.com>
**Subject:** [EXTERNAL] RE: Grigor Termendjian Travel Request

Rich / Megan – Following up as we'd like to put in the application this week and need the government's position.

Thank you.

**Ariel A. Neuman**
Partner

**Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561
www.birdmarella.com • 310.201.2100 • LinkedIn • aneuman@birdmarella.com

---

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Thursday, September 3, 2026 6:06 PM
**To:** Rolwing, Richard M (CRM) <richard.m.rolwing@usdoj.gov>; Jones, Megan (CRM) <megan.jones@usdoj.gov>
**Cc:** William E. Johnston <WJohnston@birdmarella.com>; Alexander H. Tran <ATran@birdmarella.com>
**Subject:** Fw: Grigor Termendjian Travel Request

Rich, Megan,

Please see below request to travel and response from Pretrial. Can you please provide the government's position on this request? If you need additional information, please advise and I will be happy to provide it.

Thank you,
Ariel

Sent from my mobile device.

aneuman@birdmarella.com
310.201.2100

---

**From:** Alex Guevara <Alex_Guevara@cacp.uscourts.gov>
**Sent:** Thursday, September 3, 2026 5:28:11 PM
**To:** Anita Navarro <Anita_Navarro@cacp.uscourts.gov>; Ariel A. Neuman <aneuman@birdmarella.com>
**Cc:** Alexander H. Tran <ATran@birdmarella.com>; William E. Johnston <WJohnston@birdmarella.com>
**Subject:** Re: Grigor Termendjian Travel Request

Only suggestion would be to report to the Location Monitoring Officer within 24 hours of his return from his trip. Good practice would be to call me immediately upon arrival to report his return.

Get Outlook for iOS

---

**From:** Anita Navarro <Anita_Navarro@cacp.uscourts.gov>
**Sent:** Thursday, 03 September 2026 16:07:09
**To:** Ariel A. Neuman <aneuman@birdmarella.com>; Alex Guevara <Alex_Guevara@cacp.uscourts.gov>
**Cc:** Alexander H. Tran <ATran@birdmarella.com>; William E. Johnston <WJohnston@birdmarella.com>
**Subject:** RE: Grigor Termendjian Travel Request

Good afternoon Mr. Neuman,

After conferring with Officer Guevara who monitors the location monitoring aspect of supervision, we determine there is no objection regarding the proposed travel; however, location monitoring is not something we supervise during international travel, as such, the motion would need to include that location monitoring is to be suspended for the duration of the trip only. Alex, is there any specific wording your need?

Also, the motion needs to include that our office is authorized to release the passport for the purposes of travel only and must be surrendered immediately after arriving from travel.

Let me know if you have any questions.

---

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Tuesday, September 1, 2026 8:47 AM
**To:** Anita Navarro <Anita_Navarro@cacp.uscourts.gov>; Alex Guevara <Alex_Guevara@cacp.uscourts.gov>
**Cc:** Alexander H. Tran <ATran@birdmarella.com>; William E. Johnston <WJohnston@birdmarella.com>
**Subject:** RE: Grigor Termendjian Travel Request

**CAUTION - EXTERNAL:**

Officer Navarro,

Thank you for the quick response. The address of the mother's condo Armenia Yerevan, North Avenue 4, 5app, 001.

The wedding invitation is here: https://belleame.am/rafayel-anna-eng1. I am told that the plan for the wedding is as follows:

The wedding starts at the groom's house which is located at
8A Arzumanyan St., Apt. 31,
Yerevan

From the groom's house the wedding party proceeds to the bride's house which is located at
2/37 Building, 1st Youth Lane,
Abovyan

From the bride's house they proceed to church which is Zoravor Surp Astvatsatsin Church
Toumanyan 2-nd cul-de-sac
Yerevan

After church, they go to the venue which is located at
Barbusse 64/2
0035 Yerevan

Please let me know what further information we can provide.

Thank you,
Ariel

---

**Ariel A. Neuman**
Partner

**Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561
www.birdmarella.com • 310.201.2100 • LinkedIn • aneuman@birdmarella.com

---

**From:** Anita Navarro <Anita_Navarro@cacp.uscourts.gov>
**Sent:** Tuesday, September 1, 2026 8:43 AM
**To:** Ariel A. Neuman <aneuman@birdmarella.com>; Alex Guevara <Alex_Guevara@cacp.uscourts.gov>
**Cc:** Alexander H. Tran <ATran@birdmarella.com>; William E. Johnston <WJohnston@birdmarella.com>
**Subject:** RE: Grigor Termendjian Travel Request

Good morning Mr. Neuman,

I removed Officer Rivers (no longer with the agency), Officer Hardiman, and Officer Davis from this email as they do not need to be cc'd in the email exchange since I now supervise the case.

Before proving a position, can you please email me confirmation of the wedding such as a wedding invitation and can you provide the address to where he intends to stay during his trip?

Once that information is available, I can discuss with Officer Guevara to determine a position.

Thank you in advance.

**From:** Ariel A. Neuman <aneuman@birdmarella.com>
**Sent:** Tuesday, September 1, 2026 8:32 AM
**To:** Alex Guevara <Alex_Guevara@cacp.uscourts.gov>; Anita Navarro <Anita_Navarro@cacp.uscourts.gov>
**Cc:** Alexander H. Tran <ATran@birdmarella.com>; William E. Johnston <WJohnston@birdmarella.com>; Tiffany_Rivers@cacp.uscourts.gov; Kimberly Hardiman <Kimberly_Hardiman@cacp.uscourts.gov>; Shakira Davis <Shakira_Davis@cacp.uscourts.gov>; PretrialWest CACP <PretrialWest@cacp.uscourts.gov>
**Subject:** Grigor Termendjian Travel Request

**CAUTION - EXTERNAL:**

Officers Navarro and Guevara,

We are counsel to Mr. Termendjian in the matter of US v. Termendjian, CR 23-453-JLS. Mr. Termendjian intends to seek permission from the Court to travel to a wedding abroad and we would appreciate if you could please provide Pretrial Services' position on the request. We understand that Officer Navarro is newly-assigned to supervise Mr. Termendjian, and so are copying the three officers who we understand previously supervised him on pretrial release so they can provide input to you as appropriate: Officers Rivers, Davis, and Hardiman. Our understanding is that Mr. Termendjian has fully complied with all terms of his pretrial release since he was placed on supervision in 2023.

In light of the delay related to the prosecution of this matter, Mr. Termendjian has been unable to visit family in Armenia for over three years. Now, his godson is getting married on October 9 and has asked Mr. Termendjian to serve as his best man. It is my understanding that in Armenian culture and tradition, the role of a godfather is extremely significant, particularly when it comes to marriage. It is customary and deeply meaningful for a godfather to stand beside his godchild as the best man at the wedding, representing an important spiritual and family bond and carrying responsibilities that extend beyond the wedding ceremony itself. Being asked to fulfill this role is considered a great honor and an important responsibility within the Armenian community. Mr. Termendjian's godson is also the nephew of one of his close friends, which would make his presence and participation in the wedding especially meaningful to both families.

Mr. Termendjian proposes to travel to Yerevan, Armenia, departing LAX on October 6, 2026. His wife will accompany him. They will stay at his mother's condominium. So that Mr. Termendjian has time to see family while in Armenia, he proposes to return on October 21, 2026. In advance of the trip, Mr. Termendjian would provide to you the exact itinerary (showing the booked flights) and exact addresses where he will be staying throughout his visit, as well as any other information you might need. He is of course amenable to any reasonable check-in conditions Pretrial Services may find appropriate for the duration of his travel and upon his return.

Please advise whether you need any more information to evaluate this request; we are happy to provide any additional information that would be helpful. Once we have the position of Pretrial Services, we will consult with the DOJ Trial Attorneys assigned to prosecute this matter and then will proceed to seek permission from the Court.

Thank you for your prompt response.

Regards,
Ariel Neuman

**Ariel A. Neuman**
Partner

**Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP**
1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561
www.birdmarella.com • 310.201.2100 • LinkedIn • aneuman@birdmarella.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.