Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Michael C. Landman - State Bar No. 343327
mlandman@birdmarella.com
Devon E. Porter - State Bar No. 308365
dporter@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GRIGOR TERMENDJIAN,<br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br>**[PROPOSED] ORDER GRANTING DEFENDANT GRIGOR TERMENDJIAN'S APPLICATION TO MODIFY BOND TO ALLOW LIMITED TRAVEL IN OCTOBER 2026**<br>Assigned to Hon. Josephine L. Staton |

For good cause shown, the Court hereby orders that Defendant Grigor Termendjian's Application to Modify Bond to Allow Limited Travel in October 2026 is GRANTED.

Mr. Termendjian may travel from Los Angeles to Yerevan, Armenia, departing on October 6, 2026, and returning on October 21, 2026. No less than seven (7) days prior to his departure, Mr. Termendjian shall provide to his supervising pretrial officer his full itinerary, including all flights and location(s) where he will be staying while in Armenia.

Location monitoring is to be suspended for the duration of the trip only. Mr. Termendjian shall call his location monitoring officer (Officer Alex Guevara) immediately upon his arrival in the United States to report his return, and shall report to his location monitoring officer within 24 hours of his return.

Pretrial Services and/or the clerk of the court are hereby ordered to release Mr. Termendjian's passport to him for purposes of this travel. Mr. Termendjian shall surrender his passport to his pretrial services officer within 24 hours of his return to the United States.

**IT IS SO ORDERED.**

DATED: ______________________________ ______________________________

Honorable Josephine L. Staton
United States District Judge