TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

RICHARD M. ROLWING (OH Bar No. 0062368)
Senior Litigation Counsel
Megan L. Jones (CA Bar No. 348651)
Trial Attorney
National Fraud Enforcement Division, Tax Section
950 Pennsylvania Ave. NW
Washington D.C. 20530
Telephone: (202) 598-5471
E-mail: Richard.m.rolwing@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | No. 2:23-CR-00453-JLS<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT'S APPLICATION TO MODIFY CONDITIONS OF BOND |

United States of America respectfully opposes Defendant Grigor Termendjian's Application to Modify Conditions of Bond to Allow Limited Travel in October 2026.

The United States has no treaty with Armenia mandating the extradition of fugitives. Furthermore, as a policy, Armenia does not extradite its own nationals. The investigation revealed that Defendant Termendjian owns a residence in Yerevan, Armenia. Thus, if

the Defendant chooses to remain in Armenia, the government will have no recourse to return the Defendant to the United States to finish his criminal proceedings.

Armenia is also in close proximity with Russia. The investigation revealed that Defendant Termendjian has business and personal ties to Russia. Russia is another nation that has no extradition treaty with the United States. If the Defendant were to abscond to Russia, the government would have no ability to reach him.

For these reasons, the government opposes modification of the Defendant’s conditions of bond to permit travel to Armenia.

Dated: September 14, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First United States Attorney

*/s/Megan L. Jones*
MEGAN L. JONES
Trial Attorney
Richard M. Rolwing
Senior Litigation Counsel

Attorneys for the United States

Certificate of Service

I certify that on the 14th of September, 2026, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, thereby providing notice to all parties of record in this case.

*/s/ Megan L. Jones*
Megan L. Jones
Trial Attorney