Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Michael C. Landman - State Bar No. 343327
mlandman@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br><br>**DEFENDANT GRIGOR TERMENDJIAN'S REPLY IN SUPPORT OF APPLICATION TO MODIFY CONDITIONS OF BOND TO ALLOW LIMITED TRAVEL IN OCTOBER 2026**<br><br>Assigned to Hon. Josephine L. Staton |

The government's Opposition addresses none of the facts set forth in Mr. Termendjian's Application and offers no evidence to support its contrary assertions. It does not address, for instance, that Mr. Termendjian flew to Utah with his passport in hand and self-surrendered; has remained released on his own recognizance without incident for three years; and has fully complied with all terms and conditions of his pretrial release. Nor does the government contend that Pretrial Services' assessment of this request is mistaken. Instead, the government relies on two unsupported assertions that "the investigation revealed" certain facts and on general observations regarding international extradition.

The government provides no declaration, report, or other evidentiary support for its assertion that Mr. Termendjian owns a residence in Yerevan, Armenia, or that he has business or personal ties to Russia. If, as the government asserts, its investigation has uncovered evidence supporting those claims, it has not presented that evidence to the Court nor has the government produced it in discovery. Mr. Termendjian disputes both assertions. Counsel understands that, prior to the filing of the indictment, Mr. Termendjian placed a deposit on a condominium under construction in Yerevan to use during visits there, but that construction remains incomplete and he does not own any residence in the country. Counsel further understands that Mr. Termendjian has a single acquaintance who lives in Russia with whom he speaks only infrequently and with whom he has no business relationship.

In light of the individualized showing made in the Application, and particularly the assessment of Pretrial Services, the government's unsupported assertions should not outweigh the undisputed facts demonstrating that Mr. Termendjian is not a flight risk. Mr. Termendjian respectfully submits that he has deep and longstanding ties to the Los Angeles community, including his wife, children, extended family, and substantial business interests; has consistently complied with every condition of pretrial release; voluntarily surrendered to face

these charges; and, through his conduct over the last three years, has demonstrated that he will continue to appear before this Court as required. He respectfully requests that the Court grant his Application to attend this important event, under the terms and conditions approved by Pretrial Services.

DATED: September 14, 2026

Ariel A. Neuman
William E. Johnston
Michael C. Landman
Alexander H. Tran
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant Grigor Termendjian