**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
GRIGOR TERMENDJIAN,
Defendant.

CASE NO. 2:23-CR-00453-JLS

**ORDER DENYING DEFENDANT GRIGOR TERMENDJIAN'S APPLICATION TO MODIFY BOND**

The Court has reviewed Defendant's Application to Modify Bond to permit him to travel to Armenia (Doc. 202), the government's Opposition (Doc. 204), and Defendant's Reply (Doc. 205). While the government does not provide evidence of the assertions it makes regarding Defendant's property ownership in Armenia or business ties in Russia, it does point out that "the United States has no treaty with Armenia mandating the extradition of fugitives. Furthermore, as a policy, Armenia does not extradite its own nationals." Finally, the government highlights the salient point: "if the Defendant chooses to remain in Armenia, the government will have no recourse to return the Defendant to the United States to finish his criminal

proceedings." Defendant does not adequately refute these arguments. Accordingly, Defendant's Application is DENIED.

**IT IS SO ORDERED.**

DATED: September 17, 2026

Honorable Josephine L. Staton
United States District Judge