Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alex H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRIGOR TERMENDJIAN,

Defendant.

CASE NO. 2:23-CR-00453-JLS

**DECLARATION OF WILLIAM E. JOHNSTON IN SUPPORT OF DEFENDANT GRIGOR TERMENDJIAN'S MOTION IN LIMINE TO EXCLUDE TRANSACTION-SPECIFIC AND STATE-OF-MIND EXPERT OPINION TESTIMONY OF IRS-CI SPECIAL AGENT JAMES CARFORA**

*[Filed Concurrently with Motion and [Proposed] Order]*

Date: December 17, 2026
Time: 1:30 pm
Crtrm.: 8A

Assigned to Hon. Josephine L. Staton

6077431.1

## DECLARATION OF WILLIAM E. JOHNSTON

I, William E. Johnston, declare as follows:

1. I am an active member of the Bar of the State of California and a Partner with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendant Grigor Termendjian in this action. I make this declaration in support of Defendant Grigor Termendjian's Motion in Limine to Exclude Transaction-Specific and State-Of-Mind Expert Opinion Testimony Of IRS-CI Special Agent James Carfora. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of the government's expert witness disclosure served on defense counsel on September 23, 2026. Among other witnesses, it discloses IRS-CI Special Agent James Carfora.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter dated September 28, 2026 from defense counsel to counsel for the government. The letter identifies deficiencies in the September 23, 2026 disclosure under Federal Rule of Criminal Procedure 16(a)(1)(G).

4. Attached hereto as **Exhibit C** is a true and correct copy of the government's supplemental expert witness disclosure served on defense counsel on October 7, 2026.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email that my colleague Ariel A. Neuman sent on October 13, 2026 to Trial Attorneys Richard M. Rolwing and Megan Jones. I was copied. The email lists the pretrial motions the defense intended to file. It also states the defense's position that the transaction-specific opinions in the October 7, 2026 disclosure were impermissible opinions about the mental state of Mr. Termendjian and others. Portions of the email addressing matters unrelated to this motion have been redacted.

6. Attached hereto as **Exhibit E** is a true and correct copy of the

government's second supplemental expert witness disclosure. Mr. Rolwing served it on defense counsel by email on October 16, 2026. Special Agent Carfora signed a certification of this disclosure.

7. Attached hereto as **Exhibit F** is a true and correct copy of ECF No. 163 in *United States v. C'est Toi Jeans, Inc., et al.*, No. 2:20-cr-00222-MCS (C.D. Cal.), filed September 6, 2024, obtained from PACER.

8. Attached hereto as **Exhibit G** is a true and correct copy of ECF No. 165 in *C'est Toi Jeans*, filed September 8, 2024, obtained from PACER.

9. Attached hereto as **Exhibit H** is a true and correct copy of ECF No. 167 in *C'est Toi Jeans*, entered September 9, 2024, obtained from PACER.

10. On October 20, 2026, counsel for the parties met and conferred by videoconference about the substance of this motion. Appearing on behalf of Mr. Termendjian were myself and Alex H. Tran. The government was represented by Trial Attorneys Rolwing and Jones. The parties were unable to agree on a resolution of the matters raised in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on October 29, 2026, at Los Angeles, California.

*/s/ William E. Johnston*
William E. Johnston