Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alex H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br><br>**DECLARATION OF WILLIAM E. JOHNSTON IN SUPPORT OF DEFENDANT GRIGOR TERMENDJIAN'S MOTION IN LIMINE TO PRECLUDE IMPROPER SUMMARY-WITNESS TESTIMONY OF IRS-CI SPECIAL AGENTS JAMES CARFORA AND STEPHEN WASHBURN**<br><br>*[Filed Concurrently with Motion and [Proposed] Order]*<br><br>Date: December 17, 2026<br>Time: 1:30pm<br>Crtrm.: 8A<br><br>Assigned to Hon. Josephine L. Staton |

# DECLARATION OF WILLIAM E. JOHNSTON

I, William E. Johnston, declare as follows:

1. I am an active member of the Bar of the State of California and a Partner with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendant Grigor Termendjian in this action. I make this declaration in support of Defendant Grigor Termendjian's Motion in Limine to Preclude Improper Summary-Witness Testimony of IRS-CI Special Agents James Carfora and Stephen Washburn. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of the government's second supplemental expert notice. Trial Attorney Richard M. Rolwing served it on defense counsel by email on October 16, 2026. It supplements earlier expert notices the government served, including on September 23, 2026 and October 7, 2026.

3. As of the date of this declaration, the government has not given the defense any draft summary exhibits for Special Agent James Carfora or Special Agent Stephen Washburn. Under the Court's, the government's draft summaries are due January 12, 2027. Dkt. 200.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email exchange between defense counsel and counsel for the government. On October 13, 2026, my colleague Ariel A. Neuman emailed Mr. Rolwing and Trial Attorney Megan Jones, copying me, to meet and confer about pretrial motions the defense intended to file. One topic was the scope of Special Agent Washburn's anticipated testimony. On October 15, 2026, Mr. Rolwing replied by forwarding Mr. Neuman's email with the government's responses typed in red below each item. Portions of the exchange that address matters unrelated to this motion have been redacted. The attachments to Mr. Rolwing's email are not included.

5. On October 20, 2026, counsel for the parties met and conferred by videoconference about the substance of this motion. Appearing on behalf of Mr. Termendjian were myself and Alex Tran. The government was represented by Trial Attorneys Rolwing and Jones. The parties were unable to agree on a resolution of the matters raised in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on October 29, 2026, at Los Angeles, California.

*/s/ William E. Johnston*
William E. Johnston