Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRIGOR TERMENDJIAN,

Defendant.

CASE NO. 2:23-CR-00453-JLS

**DEFENDANT GRIGOR TERMENDJIAN'S UNOPPOSED *EX PARTE* APPLICATION TO FILE MATERIALS UNDER SEAL**

*[Filed Concurrently with [Proposed] Order]*

Assigned to Hon. Josephine L. Staton

6079722.1

Defendant Grigor Termendjian, by and through his counsel of record, applies to this Court *ex parte* for an order for leave to file under seal his Motion In Limine Re Inflammatory And Unduly Prejudicial Evidence Under Seal ("Motion") and Notice of Government Representations regarding Evidentiary and Trial Matters ("Notice"). The Motion and Notice contains discussion of materials that the government has designated as "Attorneys' Eyes Only" and "Attorney Possession Only" pursuant to the protective order in place in this case. Accordingly, counsel seeks to file Mr. Termendjian's Motion, declaration, and evidence in support thereof, and Notice under seal. On October 29, 2026, by email correspondence, counsel for the government indicated that it does not oppose this Application for under seal filing.

DATED: October 29, 2026

Ariel A. Neuman
William E. Johnston
Alexander H. Tran
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant Grigor Termendjian