Name & Address:

Alexander H. Tran (SBN 338940)
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067
Tel.: (310) 201-2100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br>GRIGOR TERMENDJIAN<br>DEFENDANT(S). | CASE NUMBER:<br>2:23-CR-00453-JLS<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: (**List Documents)**

1) Defendant Grigor Termendjian's Motion re. Inflammatory and Unduly Prejudicial Evidence
2) Declaration of Alexander H. Tran in Support of Motion re. Inflammatory and Unduly Prejudicial Evidence
3) [Proposed] Order
4) Defendant Grigor Termendjian's Notice of Government's Representations Re Evidentiary and Trial Matters

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

October 29, 2026
Date

/s/ Alexander H. Tran
Attorney Name
Alexander H. Tran

Party Represented
Defendant Grigor Termendjian

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*