Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRIGOR TERMENDJIAN,

Defendant.

CASE NO. 2:23-CR-00453-JLS

**JOINT STIPULATION REGARDING DISCOVERY ISSUES**

[*Filed Concurrently with [Proposed] Order*]

Assigned to Hon. Josephine L. Staton

Defendant Grigor Termendjian and Plaintiff United States of America, by and through their respective counsel of record, hereby stipulate as follows:

1. The trial in this matter is currently set for February 16, 2027.

2. On July 15, 2026, the Court ordered that all pretrial motions (including motions in limine and *Daubert* motions) be filed by October 29, 2026. (ECF No. 200 at 2.)

3. Although the parties have worked diligently to prepare this matter for trial, several possible discovery issues remain pending. The defense has been requesting certain discovery in this matter for some time. In advance of the motions deadline, on September 22, 2026, defense counsel sent a letter to the government reiterating prior requests and specifying discovery it believed remained outstanding. Defense counsel requested that the discovery be produced so that the defense could review the materials ahead of the Court's pretrial motion deadline.

4. On September 24, 2026, the government produced untranslated bank records from Turkey.

5. On October 10, 2026, the government produced a list of bank accounts involved in its tracing of the proceeds, as well as drafts of the tracing spreadsheets that it intends to rely upon at trial.

6. On October 21, 2026, the government responded in writing to the defense's September 22 letter and provided information regarding the government's witnesses that the defense is currently reviewing. The government also produced additional discovery, both non-AEO and AEO materials, including previously undisclosed witness statements from potential trial witnesses, materials that appear to the defense to be both *Brady* and *Giglio* information, translated bank records from Turkey, and other documents.

7. The government intends to produce translated versions of certain bank records in the near future.

8. As of the date of this stipulation, defense counsel is reviewing and

analyzing the government's recent production of discovery and anticipates that further meet and confer efforts will be necessary to resolve any ongoing or remaining discovery issues. The government also continues to collect and produce discovery relating to any Turkish bank records.

9. To facilitate the parties' ongoing meet and confer efforts, avoid unnecessary motion practice, and preserve judicial resources, the parties respectfully request that the Court order that the October 29, 2026 pretrial motion deadline not preclude the defense from filing a discovery-related motion concerning the government's recent or future discovery productions, related to information concerning government witnesses, foreign bank records and translations, or any related discovery issue that remains unresolved after the parties have met and conferred.

**IT IS SO STIPULATED.**

DATED: October 29, 2026

Respectfully submitted,

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: /s/ Ariel A. Neuman
Ariel A. Neuman

Attorneys for Defendant Grigor Termendjian

DATED: October 29, 2026

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

By: */s/ Richard M. Rolwing*

Richard M. Rolwing
Senior Litigation Counsel
Megan Jones
Trial Attorney

Attorneys for Plaintiff United States of America

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 29, 2026

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant Grigor Termendjian