**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRIGOR TERMENDJIAN,

Defendant.

CASE NO. 2:23-CR-00453-JLS

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY ISSUES**

Assigned to Hon. Josephine L. Staton

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the October 29, 2026 pretrial motion deadline shall not preclude the defendant from filing a discovery-related motion concerning the government's recent or future discovery productions, including information concerning government witnesses, foreign bank records and translations, or any related discovery issue that remains unresolved after the parties have met and conferred in good faith.

**IT IS SO ORDERED.**

Dated:

Hon. Josephine L. Staton
United States District Judge