**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br><br>**ORDER GRANTING DEFENDANT GRIGOR TERMENDJIAN'S UNOPPOSED *EX PARTE* APPLICATION TO FILE MATERIALS UNDER SEAL** [214]<br><br>Assigned to Hon. Josephine L. Staton |

For good cause shown, the Court hereby orders that Defendant Grigor Termendjian's *Ex Parte* Application to File Materials Under Seal is **GRANTED**. Mr. Termendjian's Motion in Limine Re Inflammatory and Unduly Prejudicial Evidence, declaration, and evidence in support thereof, and Notice of Government Representations regarding Evidentiary and Trial Matters shall be filed under seal.

**IT IS SO ORDERED.**

DATED: October 30, 2026

JOSEPHINE L. STATON

Honorable Josephine L. Staton
United States District Judge