Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br><br>**SUPPLEMENTAL JOINT STIPULATION REGARDING DISCOVERY ISSUES & FOREIGN EVIDENCE**<br><br>[*Filed Concurrently with [Proposed] Order*]<br><br>Assigned to Hon. Josephine L. Staton |

Defendant Grigor Termendjian and Plaintiff United States of America, by and through their respective counsel of record, hereby stipulate as follows:

1. The trial in this matter is currently set for February 16, 2027.

2. On July 15, 2026, the Court ordered that all pretrial motions (including motions in limine and *Daubert* motions) be filed by October 29, 2026. (ECF No. 200 at 2.)

3. Although the parties have worked diligently to prepare this matter for trial, some of the government's discovery deadlines have not yet passed and its productions continue, and the defense is working to identify to the government additional material that it believes should be produced. The parties have engaged in several rounds of correspondence and calls to resolve these outstanding issues. In the days leading up to the motions deadline, the government produced additional discovery (including previously undisclosed witness statements from potential trial witnesses, materials that appear to the defense to be both *Brady* and *Giglio* information, translated bank records from Turkey, and other documents) which the defense is continuing to review. The parties are continuing to engage in this meet and confer process concerning outstanding discovery issues.

4. On October 29, 2026, the deadline for filing pretrial motions, the government filed a Notice of Intent to Introduce Foreign Records Evidence Pursuant to 18 U.S.C. § 3505. (ECF No. 211.) The government had not previously provided any such notice to the defense. The government represents that it is continuing to review and produce translated discovery related to the foreign records it seeks to use at trial.

5. On November 9, 2026, the parties met and conferred regarding these outstanding issues.

6. To facilitate the parties' ongoing meet and confer efforts, avoid unnecessary motion practice, and preserve judicial resources, the parties respectfully request that the Court order that the October 29, 2026 pretrial-motion deadline not

preclude the defense from filing: (a) a motion addressing the admissibility of the foreign records identified in the government's Notice (ECF No. 211); and (b) motions related to discovery issues (including, for example, deficiencies in the government's productions), on the schedule set forth below. In the interim, the parties will continue to meet and confer in a good faith effort to address these issues.

7. The parties respectfully request that the Court set the following briefing schedule for any discovery-related motion and any motion addressing the admissibility of the foreign records identified in the government's Notice:

a. The defense shall file any discovery-related or foreign-evidence-related motion by **January 5, 2027**;

b. The government shall file its opposition to any such motion by **January 12, 2027**; and

c. The defense shall file its reply in support of any such motion by **January 19, 2027**.

8. By entering into this stipulation, the defense does not waive, and expressly preserves, all objections to the admissibility of the foreign records identified in the government's Notice, including any objections under 18 U.S.C. § 3505, the Federal Rules of Evidence, the Constitution, any applicable treaty, and any other applicable authority. The government likewise preserves all arguments in support of admissibility.

**IT IS SO STIPULATED.**

DATED: November 10, 2026

Respectfully submitted,

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: *<u>/s/ Ariel A. Neuman</u>*
Ariel A. Neuman

Attorneys for Defendant Grigor Termendjian

DATED: November 10, 2026

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

By: *<u>/s/ via email authorization</u>*
Richard M. Rolwing
Senior Litigation Counsel
Megan Jones
Trial Attorney

Attorneys for Plaintiff United States of America

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 10, 2026

Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant Grigor Termendjian