Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRIGOR TERMENDJIAN,

Defendant.

CASE NO. 2:23-CR-00453- PA

**DEFENDANT GRIGOR TERMENDJIAN'S NOTICE OF NON-OPPOSITION TO THE GOVERNMENT'S MOTION IN LIMINE NO. 3 SEEKING BIFURCATION REGARDING FORFEITURE**

Date: December 17, 2026
Time: 1:30 pm
Crtrm.: 8A

Assigned to Hon. Percy Anderson

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that Defendant Grigor Termendjian, through his undersigned counsel, does not oppose the government's Motion *in Limine* #3 Seeking Bifurcation regarding Forfeiture, filed as ECF No. 209. Mr. Termendjian will respond to the government's proposed special jury instructions and special verdict form regarding forfeiture once submitted.

DATED: November 12, 2026

Ariel A. Neuman
William E. Johnston
Alexander H. Tran
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: *ls/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendant Grigor Termendjian