Ariel A. Neuman - State Bar No. 241594
aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
wjohnston@birdmarella.com
Alexander H. Tran - State Bar No. 338940
atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GRIGOR TERMENDJIAN,

Defendant.

CASE NO. 2:23-CR-00453-PA

**DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DEFENDANT GRIGOR TERMENDJIAN'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE NO. 2 SEEKING TO PRECLUDE THE DEFENDANT FROM INVITING JURY NULLIFICATION**

Date: December 17, 2026
Time: 1:30 pm
Crtrm.: 8A

Assigned to Hon. Percy Anderson

**DECLARATION OF ARIEL A. NEUMAN**

I, Ariel A. Neuman, declare as follows:

1. I am an active member of the Bar of the State of California and a Partner with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendant Grigor Termendjian in this action. I make this Declaration in support of Defendant Grigor Termendjian's Opposition to Government's Motion In Limine No. 2 Seeking to Preclude the Defendant from Inviting Jury Nullification. Because I make this Declaration for that limited purpose, it does not purport to set forth all of my knowledge regarding the matters discussed herein. Except for those matters stated on information and belief, I make this Declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On October 28, 2026, at approximately 3:46 p.m., I received an email from government counsel listing ten pretrial motions that the government intended to file the following day, which was the deadline set by the Court to file pretrial motions in this matter. I responded to the government the next morning. While the government's delay and failure to provide key information regarding its proposed motions prevented a meaningful exchange of views, I nevertheless provided Mr. Termendjian's positions on the proposed motions to the extent possible. Attached as **Exhibit A** is a true and correct copy of the email correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 12, 2026, at Los Angeles, California.



Ariel A. Neuman