TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

RICHARD M. ROLWING (OH Bar No. 0062368)
Senior Litigation Counsel
MEGAN L. JONES (CA Bar No. 348651)
Trial Attorney
National Fraud Enforcement Division, Tax Section
950 Pennsylvania Ave. NW
Washington D.C. 20530
Telephone: (202) 598-5471
E-mail: Richard.m.rolwing@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | No. 2:23-CR-00453-PA<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE MATERIALS UNDER SEAL |

Plaintiff United States of America, by and through its undersigned counsel, applies to this Court *ex parte* for an order for leave to file under seal its Opposition to the Defendant's Motion *In Limine* Re Inflammatory And Unduly Prejudicial Evidence Under Seal ("Motion"). The Opposition contains discussion of materials that the government has designated as "Attorneys' Eyes Only" and "Attorney Possession Only" pursuant to the protective order in place in this

case. Accordingly, counsel seeks to file the Government's Opposition under seal. On November 12, 2026, by email correspondence, counsel for the Defendant indicated that it does not oppose this Application for under seal filing.

Dated: November 12, 2026

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

*/s/ Megan L. Jones*
RICHARD M. ROLWING
Senior Litigation Counsel
MEGAN L. JONES
Trial Attorney

## Certificate of Service

I certify that on the 12th of November, 2026, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, thereby providing notice to all parties of record in this case.

*/s/ Megan L. Jones*
Megan L. Jones
Trial Attorney